# United States Court of Federal Claims

No. 14-548 L
Filed: December 11, 2019

---

**MARY A. BAKER, et al.,**

      *Plaintiffs,*

v.

**UNITED STATES OF AMERICA,**

      *Defendant.*

---

## ORDER

Plaintiffs filed joint pleadings in August 2019 (ECF Nos. 135, 136) resolving all pending matters in this case.[1] We approved the parties' settlement agreement and directed the Clerk of Court to enter Judgment in January 2018, awarding plaintiffs compensation in the amount of $169,328.40, plus interest.

Defendant paid this amount to plaintiffs in February 2018. The court entered Final Judgment in August 2018, awarding an additional $349,538.53 in attorney fees and litigation expenses pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c). Plaintiffs appealed the Final Judgment, but their appeal was dismissed and the mandate issued in March 2019.

Plaintiffs then filed joint pleadings in August 2019 regarding resolution of all representation issues. The parties and attorneys involved in this case stipulate and agree that defendant will make payment according to the Final Judgment (ECF No. 114) in

---

[1] Plaintiffs filed an unopposed motion (ECF No. 135) resolving all outstanding issues regarding representation of plaintiffs in this case and requesting that the court grant their motions for substitution of counsel (*see* ECF Nos. 117, 119, 120, 122, 125, 127, 131). This motion has since been resolved.

this case by paying $349,538.53 in attorney fees and litigation expenses to the client trust account of Larson O'Brien LLP,[2] directed as follows:

> Citibank, N.A.
> 300 S. Grand Ave., Suite 3130
> Los Angeles, CA 90071
> 213-239-2067
> ABA Routing No: 321171184
> Account No: XXXXXX8680

Larson O'Brien will notify Lindsay Brinton of Lewis Rice LLC of its receipt of payment within twenty-four hours. And Larson O'Brien will issue payment to the Lewis Rice plaintiffs within seven days of receiving such payment. Plaintiffs and their counsel agree that they have no claim against defendant regarding the court's judgments in this case as a result of defendant making the payment in accordance with the terms of this stipulation.

The parties' stipulation regarding final payment of the outstanding judgment is **APPROVED**. Defendant will submit payment to the Judgment Fund as stipulated above. Plaintiffs' motion for a status conference is **DENIED** as moot.

**IT IS SO ORDERED.**

s/*Robert H. Hodges, Jr.*

Robert H. Hodges, Jr.
Senior Judge

---

[2] Counsel for plaintiffs, Mark F. (Thor) Hearne II, filed a notice in October 2019, indicating that he was no longer affiliated with Larson O'Brien LLP, but was now with True North Law Group, LLC. None of the parties has moved to revise the pleadings' request for payment to be made to the client trust account of Larson O'Brien LLP.